Jacob W. Staley and Joseph Shaw, as Executors, etc., of Jacob Stalee, Deceased, Appellants, v. Michael D. Murray and Others, Respondents. (No. 2.) — Judgment affirmed, with costs. All concurred, except Smith, P. J., dissenting.

Albert A. Vaughn, Respondent, v. The Glens Falls Portland Cement Company, Appellant.— Judgment and order unanimously affirmed, with costs.

Thomas M. Williams, Appellant, v. William S. Pilling and Theron I. Crane, Individually and as Copartners, Doing Business Together under the Firm Name of Pilling & Crane, Respondents.—Interlocutory judgment unanimously affirmed, with costs.

Thomas Burke, Appellant, v. International Paper Company, Respondent.— Motion denied.

Chasm Power Company, Appellant, v. Peter B. McCaghey and Others, Respondents.— Motion granted, with costs for serving amendments to proposed case, and ten dollars costs of this motion.

Citizens' National Bank of Saratoga Springs, New York, Respondent, v. Fred W. Gardner and Frances M. Gardner, Appellants.— Judgment unanimously affirmed, with costs.

Russell Conklin and Others, Plaintiffs, v. Charles F. Whitbeck and Others, Defendants.— Decision of motion reserved until hearing of the appeal. Proceedings by the plaintiffs under the judgment stayed until hearing and determination of such appeal, provided the same be brought to argument at March term.

Willard W. Ferguson, Jr., an Infant, by Frank Maytham, His Guardian ad Litem, Respondent, v. Village of Waverly, Appellant.— Motion denied.

Charlotte F. Hillsburgh, Respondent, v. Catharine L. Purroy, Appellant.— Order affirmed, with ten dollars costs and disbursements. All concurred.

Martha A. Hungerford, Plaintiff, v. The Village of Waverly and Others, Defendants.— Motions denied, without costs.

In the Matter of the Last Will and Testament of Martha Gibson, Deceased.— Motion denied, without costs.

In the Matter of the Application of Henry H. Moses for Letters of Administration of the Goods, Chattels and Credits of Caroline H. Cook, Deceased. William H. Calkins, Appellant; Henry H. Moses and Others, Respondents.— Decree affirmed, with costs, on the authority of *Matter of Wilson* (92 Hun, 318). All concurred, except Smith, P. J., dissenting.

Caroline E. McManus, Respondent, v. The City of Troy, Appellant.— Motion denied.

The People of the State of New York ex rel. Elijah Lazarus, Respondent, v. Daniel Sheehan and Others, Constituting the Board of Fire Commissioners of Elmira, New York, Appellants.— Motion for reargument denied, without costs.

The People of the State of New York ex rel. Brooklyn Cooperage Company, Relator, v. John McDonough and Others, as Town Auditors of the Town of Altamont, and Composing the Board of Town Auditors Thereof, and Said Board of Town Auditors of Said Town, Respondents.— Determination unanimously confirmed, with fifty dollars costs and disbursements.

Celia Reilly, as Administratrix, etc., of David Reilly, Deceased, Appellant, v. Troy Brick Company, Respondent. — Judgment affirmed, with costs. All concurred, except Chester, J., not voting.